# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ALEX SAMUELS, BRADLEY CARICOFE, SHAWN THIBODEAUX, JULIE THIBODEAUX, CATHY CARROLL, STEPHEN JACKSON, KENNETH HUNNEL, LEANNE HUNNEL, JOHN COLLIER, KRYSTA RENFRO, JAMES KOHEN, and JOHN WIGGINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:24-cv-13332<br><br>Hon. Jonathan J.C. Grey |

## ORDER OF DISMISSAL

Pursuant to the plaintiff's notice of voluntary dismissal (ECF No. 5) and Fed. R. Civ. P. 41(a)(1)(A)(i), and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** as to the named plaintiffs and dismissed without prejudice as to claims of proposed class members.

This is a final order which disposes of the last remaining claims and closes the case.

SO ORDERED.

Date: February 17, 2026

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 17, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager
